IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01720-RPM

JANA McCULLOUGH,

    Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,

    Defendant.

_____

ORDER OF DISMISSAL WITH PREJUDICE
_____

    Upon consideration of the Stipulated Motion for Dismissal with Prejudice [26], filed on June 25, 2008, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs.

    DATED: June 26th, 2008

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior Judge